## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYDIA VAL ABITOL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 04-CV-013-TCK-PJC |
| ) | |
| FORD MOTOR CO., et al., ) | |
| ) | |
| Defendant(s). ) | |

### SETTLEMENT CONFERENCE REPORT

On February 2, 2005 a Settlement Conference was held in the captioned matter.

    X    The litigation was settled; within ten (10) days of the date hereof, the Plaintiff and Defendant shall file:

    --    a Stipulation of Dismissal

    --    a Journal Entry of Judgment.

☐    The litigation was not settled.

DATED: February 2, 2005.

_/s/ Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE